# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

SHAWN R HIGGINS,

    Plaintiff,

vs.

COLLEEN GLYNN – BUSINESS MANAGER IATSE LOCAL #11,

    Defendant

CIVIL ACTION NO. 1:23-CV-12040-LTS

## PLAINTIFF'S EMERGENCY MOTION FOR
## A TEMPORARY RESTRAINGIN ORDER

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiff Shawn R. Higgins, Pro Se, hereby respectfully moves for a temporary restraining order on an emergency basis by reference of the Complaint filed on September 1, 2023 where the Defendant Colleen Glynn – Business Manager of IATSE Local #11 summarily suspended the Plaintiff without Due Process as noted in the Hiring Hall Rules of Local #11 and violating 29 U.S.C. 411 SEC. 101(a)(5) asking the court to remove the suspension and allow the Plaintiff to return to work while the matter is pending.

The Plaintiff's sole source of income comes from the referrals of Local #11's Hiring Hall and has been without income, with the exception of taking a hardship withdrawal from the Plaintiff's 401k. Furthermore, the Defendant required the Plaintiff to complete a harassment training with the Local's Employee Assistance Program prior to returning to work. The Plaintiff completed the requirements and was cleared to return to work. The Defendant was notified by the EAP via email on August 23, 2023 and was confirmed by email from the EAP to the Plaintiff on August 25, 2023. The Defendant continuously fails to communicate with the Plaintiff with regard to anything to do with his status and continues to deny the assignment of work even after fulfilling the requests of the Local.

There is a substantial likelihood that the Plaintiff will succeed on the merits of the Complaint against the Defendant; that without a temporary restraining order the Defendant will continue to be without a means to make a living and will become destitute once the hardship withdrawal funds are exhausted; and the requested temporary restraining order will not adversely affect the public interest

Dated this 5 of September, 2023

Respectfully submitted,

_____
Shawn R. Higgins Pro Se