SHAWN R HIGGINS,

    Plaintiff,

vs.

COLLEEN GLYNN – BUSINESS MANAGER

IATSE LOCAL #11,

    Defendant

CIVIL ACTION NO. 1:23-CV-12040-LTS

## MOTION FOR APPOINTMENT OF COUNSEL

    Pursuant to 28 U.S. Code § 1915, Plaintiff Shawn R. Higgins, Pro Se, hereby respectfully moves asking the court to appoint counsel due to the Plaintiff's inability to obtain counsel and the Plaintiff's perilous financial status affecting the ability to pay for an attorney.

    The Plaintiff was summarily suspended by the Defendant on July 23, 3023, and continues to be without any income due to Defendant's total disregard for due process and the total lack of communication with the Plaintiff. The Plaintiff's sole source of income comes from the referrals of Local #11's Hiring Hall and has been without income, with the exception of taking a hardship withdrawal from the Plaintiff's 401k.

    The Plaintiff has attempted to secure counsel via a number of methods, including the Massachusetts Bar Lawyer Referral Service, Legal Aid, AARP, and Justia.com. The Plaintiff also has contacted a former co-worker turned attorney who does not practice employment law. The Plaintiff has contacted no less than fifteen employment lawyers through Justia.com. Enclosed are responses that were received back from those attorneys who responded to the request. The Massachusetts Bar Lawyer Referral Service referred an attorney from Springfield, MA. over one hundred and ten miles from the Plaintiff's residence.

Dated this 5 of SEPTEMBER, 2023

Respectfully submitted,

_____ Pro Se
Shawn R. Higgins Pro Se