# Re: Mann Law Firm Consult

From: Shawn Higgins (shigg1127@yahoo.com)

To:   tim@sbmannlaw.com

Date: Sunday, August 27, 2023 at 10:35 PM EDT

Greetings,

I am inquiring to see you are available to talk about a problem that I am currently experiencing?

Regards,

Shawn Higgins

Sent from my iPhone

> On Sep 29, 2017, at 3:00 PM, tim@sbmannlaw.com wrote:

Hello,

It was a pleasure speaking with you about your case. I'm confirming our consult for next Monday at noon. My address and contact information are below. I look forward to meeting you.

Very truly yours,
Timothy D. Rodden Jr.
**MANN LAW FIRM, P.C.**
1071 Worcester Road (Rt. 9.), Suite 42 | Framingham, MA 01701
Phone (508) 270-0500 | Fax (508) 270-0515
tim@sbmannlaw.com

One State St, Suite 1500 | Boston, MA 02109
Phone (857) 498-0021 | Fax (508) 270-0515

Civil Rights • Personal Injury • Employment Law • Business Litigation • Criminal Defense

www.sbmannlaw.com
<image001.png>

Note : This e-mail contains information from MANN LAW FIRM, P.C. that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (508) 270-0500.

To ensure compliance with Treasury Regulations (31 CFR Part 10, §10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

## Your Employment Law Inquiry

From: Admin Assistant (admin@wyattlegalservices.com)

To: shigg1127@yahoo.com

Date: Wednesday, August 23, 2023 at 09:52 AM EDT



Dear Shawn,

Thank you for reaching out to our firm regarding your employment issue. Based on your response, we will not be able to assist you with this matter. This means the attorneys at the Law Offices of Wyatt & Associates are not your attorneys and are not able to provide you with any legal advice. We wish you the best of luck.

Although we are not your attorneys, for your information, if you wish to file a discrimination claim, you would need to adhere to the state and federal time limits. For example, to preserve discrimination claims under federal law a claim must be filed within 300 days of any adverse action (such as a termination). State agencies each have their own specific limitations. In New York, Connecticut, Rhode Island, and Vermont, many state discrimination claims must be filed with the appropriate agency within one year of any adverse action. In Massachusetts and Maine, many state discrimination claims must be filed the appropriate agency within 300 days of any adverse action. In New Hampshire, many state discrimination claims must be filed the appropriate agency within 180 days of any adverse action.

Thank you,


Juliauna Olivo
New Client & ADR Coordinator


Law Offices of Wyatt & Associates PLLC
www.wyattlegalservices.com
17 Elm St, Suite C211, Keene, NH, 03431

Our firm practices in the following states: NH, VT, MA, CT, RI, NY and ME

STATEMENT OF CONFIDENTIALITY
The information contained in this e-mail, and any attachments hereto are intended only for use by the addressee(s) and may contain legally privileged and/or confidential information.  If you are not the intended recipient, please immediately respond immediately via email and permanently delete the original, as well as any copy of the message and any attachments.  Thank you.

# RE: Legal Aid Request: Higgins, Shawn - 08/17/2023

From: legal (legal@nrtw.org)

To:  shigg1127@yahoo.com

Date: Friday, August 25, 2023 at 02:19 PM EDT

Thank you for e-mailing the National Right to Work Legal Defense Foundation. We regret that we are unable to assist you. Your specific situation is outside the limited scope of our legal aid program; consequently, we are not able to give the legal assistance that you seek. Please know that legal claims, legal rights and your opportunity to pursue them can be lost simply by the passage of time. Lastly, the Foundation does not have a referral program thus if you believe that you may have a claim and you desire to pursue it you should do so promptly, but you will have to seek legal representation elsewhere.

Litigation Staff.

**Name**

Shawn Higgins

**Address**

350 Beal Street
Apt 2348
Hingham 02043
United States
Map It

MA

**Email †**

shigg1127@yahoo.com

**Phone**

(781) 510-2606

**Employer**

IATSE Local #11

**State of Employment**

MA

**Type of Work**

Stagehand

**Name of National Union Involved**

International Alliance of Theatrical Stage Employees

**Name of Local Union Involved**

Local #11 - Boston

**Are you a union member?**

# Fw: New submission from Boston Contact Us

From: Karleigh LeMay (karleigh@tswartzlaw.com)

To:      shigg1127@yahoo.com

Date:   Wednesday, August 23, 2023 at 01:53 PM EDT

Good afternoon Mr. Higgins,

I apologize for the delay in response. Thank you for contacting Swartz Law with regard to your matter. Unfortunately, Attorney Swartz has determined that due to her current caseload we are very busy right now and she is unable to accept your case.

It is important that you understand legal claims have statute of limitations periods. This means that you must file any legal claim within a certain period of time or else you will lose your right to do so forever. If you wish to pursue your matter, we urge you to speak with an attorney as soon as possible to determine whether you have a claim and if so understand your statute of limitation deadlines.

If you do not have another attorney to contact, we recommend you contact the attorney referral hotline in your area to obtain the names of attorneys who may be able to assist you.

Massachusetts Bar Association (617) 338-0610
Boston Bar Association (617) 742-0625

Best wishes moving forward,

**Karleigh LeMay**
Swartz Law, LLC
karleigh@tswartzlaw.com

Boston Office:
100 State Street, Suite 900
Boston, MA 02109
Tel  617.871.1500
Cell: 617.599.7802
Fax 617.300.8894
https://boston.tswartzlaw.com

Kansas City Office:
12022 Blue Valley Parkway, Suite 505
Overland Park, KS 66213
Tel 816.444.8900
Fax 617.300.8894
https://kansascity.tswartzlaw.com

The information contained in this e-mail message, including any attachments, is strictly confidential and intended solely for the use of the addressee. The communication may be privileged under the attorney-client and/or the attorney work product privileges. Any non-addressee is prohibited from reading, disseminating, distributing, or