UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN R. HIGGINS,<br>　　Plaintiff,<br><br>v.<br><br>COLLEEN GLYNN,<br>　　Defendant | )<br>)<br>)<br>)<br>)<br>)  No. 1:23-CV-12040-LTS<br>)<br>)<br>)<br>) |

### COLLEEN GLYNN'S MOTION TO DISMISS

NOW COMES Colleen Glynn, Business Manager for the International Alliance of Theatrical Stage Employees, Local 11, ("Glynn"), and hereby asks this Honorable Court to dismiss the Complaint in accordance with Fed R. Civ. P. 12(b)(6). Her motion is supported by a Memorandum of Law.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　COLLEEN GLYNN

　　　　　　　　　　　　　　　　　　　　By her attorney,

　　　　　　　　　　　　　　　　　　　　/s/ James A.W. Shaw
　　　　　　　　　　　　　　　　　　　　James A.W. Shaw, BBO # 670993
　　　　　　　　　　　　　　　　　　　　SEGAL ROITMAN LLP
　　　　　　　　　　　　　　　　　　　　33 Harrison Ave., 7th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　　Phone: (617) 603-1432
November 14, 2023　　　　　　　　　　　　jshaw@segalroitman.com

### RULE 7.1 CERTIFICATE

　　　　I hereby certify that pursuant to L.R. 7.1(a)(2) I have conferred with the opposing party and attempted in good faith to resolve or narrow the issue.

　　　　　　　　　　　　　　　　　　　　/s/ James A.W. Shaw
　　　　　　　　　　　　　　　　　　　　James A.W. Shaw

1

## CERTIFICATE OF SERVICE

I, James A.W. Shaw, certify that on this the 14th day of November, 2023, I have served a copy of the above document on Shawn R. Higgins by email to [shigg1127@yahoo.com](mailto:shigg1127@yahoo.com) and by First Class Mail to his address: 350 Beal Street, Apt. #2348, Hingham, MA 02043.

/s/ James A.W. Shaw